FEB 5 2026 PM7:08
FILED-USDC-CT-NEW_HAVEN

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:26-cr-19 (SFR) (TOF) |
| | ) | |
| | ) | |
| | ) | |
| Siddharth Lillaney | ) | |
| Defendant | ) | |

True Copy
ATTEST
DINAH MILTON KINNEY
Clerk, U.S. District Court
By      /s/ Sarah Santos
Deputy Clerk

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Siddarth Lillaney                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count One: Title 18 U.S.C. §371 - Conspiracy to Commit Wire Fraud and Identity Fraud
Counts Two through Twenty-Four: Title 18 U.S.C. Section §1343 - Wire Fraud
Counts Twenty-Five through Thirty-Two: Title 18 U.S.C. Sections §1028(a)(7) and 2 - Identity Fraud
Counts Thirty-Three and Thiry-Four: Title 18 U.S.C. Sections §1028A(a)(1) and 2- Aggravated Identity Theft
Count Thirty-Five: Title 18 U.S.C. Section §1956(h) - Money Laundering Conspiracy
Counts Thirty-Six through Forty-Five: Title §18 U.S.C. Sections 1956(a)(1)(B)(i) and 2 - Money Laundering

+

| | | |
|---|---|---|
| Date:      02/03/2026 | | /s/ Sarah Santos |
| | | *Issuing officer's signature* |
| | | |
| City and state:    New Haven, CT | | Sarah Santos, Deputy Clerk |
| | | *Printed name and title* |

| **Return** |
|---|
| This warrant was received on *(date)*   2-3-2026  , and the person was arrested on *(date)*   2-5-2026  at *(city and state)*   New Haven, CT  . |
| Date:   2-5-2026 |

*Arresting officer's signature*

Jesse F Mullet    Special Agent
*Printed name and title*